**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN CASTILLO, | ) NO. EDCV 07-1298-JSL (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| EVANS (WARDEN), | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: __09/19/08_____.

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE